UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

TONY JUNIOR JACKSON,

                Petitioner,

     v.

S. LAKE,

                Respondent.

Case No.   1:18-cv-01094-JDP (HC)

ORDER DIRECTING CLERK OF COURT TO CLOSE CASE

Petitioner Tony Junior Jackson, a federal prisoner without counsel, has filed a notice of voluntary dismissal, informing the court that he wishes to withdraw his Section 2241 habeas petition. *See* ECF No. 9.  This case is dismissed under Federal Rule of Civil Procedure 42(a)(1)(i).

**Order**

The clerk of court is directed to close this case.

IT IS SO ORDERED.

Dated:   <u>July 2, 2019</u>

_____
UNITED STATES MAGISTRATE JUDGE

1